## BURTON v. WAGGONER. (No. 7374.)

(Court of Civil Appeals of Texas. San Antonio. May 20, 1925. Rehearing Denied June 10, 1925.)

Appeal and error ⬥773(2)—Writ of error will be dismissed for failure to file brief as required.

Where cause was set for submission practically year after record in case was filed, and plaintiff in error's attorneys duly notified of intended submission, but no briefs were filed until after submission and then without permission, writ may be dismissed for want of prosecution.

Error from Tarrant County Court for Civil Cases; H. O. Gossett, Judge.

Action by Mrs. Sicily Waggoner against L. L. Burton. Judgment for plaintiff, and defendant brings error. Writ of error dismissed.

Clarence E. McGaw, of Fort Worth, for plaintiff in error.

Wray & Mayer and E. L. Gilbert, all of Fort Worth, for defendant in error.

FLY, C. J. Defendant in error sued plaintiff in error for $330, that he owed her for rent of a room which he had used for over a year. The court gave defendant in error judgment for her money.

The record in this case was filed in the Fort Worth Court of Civil Appeals, on May 17, 1924. No brief was filed in that court, and the case was transferred to this court, and filed herein on January 23, 1925. The cause was set down for submission on May 13, 1925, and plaintiff in error's attorneys duly notified of the intended submission. No brief was filed, and on May 11, 1925, defendant in error filed a motion to dismiss. Plaintiff in error filed briefs herein without permission of this court after the cause had been submitted.

The delay of plaintiff in error is inexcusable, and the writ of error is dismissed for want of prosecution.